■ The People of the State of New York, Respondent, v Antwon Dennis, Appellant. [832 NYS2d 821]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 31, 1994 (*People v Dennis,* 208 AD2d 945 [1994]), affirming a judgment of the Supreme Court, Kings County, rendered May 18, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Schmidt and Florio, JJ., concur.